**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
June 27, 2024
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:23–mj–02075 |
| | § | |
| Sanjay Kumar | § | |

### ORDER APPOINTING COUNSEL

Because the defendant has satisfied this court that he or she is financially eligible for court-appointed counsel, the court appoints the Federal Public Defender to represent the defendant.

Signed at Houston, Texas, on June 27, 2024.

Peter Bray
United States Magistrate Judge